UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CORTEZ BUCKLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>D. LAMERE, et al.,<br><br>    Defendants. | Case No.  13-cv-01822-JST (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO COMPLY WITH FILING-FEE REQUIREMENTS; DIRECTIONS TO CLERK** |

On April 22, 2013, Plaintiff, a California prisoner then incarcerated at Salinas Valley State Prison and proceeding pro se, filed the above-titled civil rights action pursuant to 42 U.S.C. § 1983.  On May 2, 2013, Plaintiff filed a completed application seeking leave to proceed in forma pauperis (IFP) indicating that he had no funds in his prisoner trust account to pay the $350.00 filing fee.  Thereafter, by letter dated June 18, 2013, Plaintiff informed the court that he had been released from prison and is residing in Redwood City.  Consequently, should Plaintiff be granted leave to proceed IFP based on the information provided in the prisoner's IFP application he submitted, the court will be unable to collect the funds from Plaintiff's prisoner trust account as required under 28 U.S.C. § 1915(b).  Therefore, no later than fourteen days from the date of this Order, Plaintiff either shall (1) pay the $350.00 filing fee in this action, or (2) file a completed non-prisoner IFP application.  If Plaintiff fails to comply with this Order, the case will be dismissed without prejudice.

///

///

///

The Clerk of the Court shall provide Plaintiff with a non-prisoner IFP application.

**IT IS SO ORDERED**.

Dated: July 9, 2013

                                                            _____
                                                            JON S. TIGAR
                                                            United States District Judge

2